# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2009 FEB 24 AM 11: 43

JACKSONVILLE, FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| v. | (For Revocation of Probation or Supervised Release) |
| ISAAC GORDON BELL | CASE NUMBER: 3:06-cr-256-J-25TEM |
| | USM NUMBER: 31517-018 |
| | Defendant's Attorney: Lynn Bailey, Esq. (pda) |

## THE DEFENDANT:

__X__ Defendant admitted guilt to violation of Allegation number(s) __1-3__ of the terms of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Failure to submit written monthly Reports in violation of the Special Condition | October 5, 2008 |
| Two | Failure to notify ten days prior to any change in residence in violation of the Special Condition | September 2, 2008 |
| Three | Failure to notify ten days prior to any change in residence in violation of the Special Condition | July 15, 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The defendant's terms and conditions of probation are hereby revoked.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: February 24, 2009

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: February __24__, 2009

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **time served**.

X    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X    The defendant shall cooperate in the collection of DNA as directed by the probation officer

___ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.
___ The defendant shall surrender to the United States Marshal for this district.

    ___ at ___ a.m./p.m. on ___.
    ___ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    before 2 p.m. on   .
    ___ as notified by the United States Marshal.
    ___ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____
_____
_____
_____

Defendant delivered on _____ to _____
_____ at _____, with a certified copy of this judgment.

                                       United States Marshal

                         By:_____
                                      Deputy Marshal